# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| WERLEIN, JR., EWING | USDC/SO. DIST. TEXAS | 07/19/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 1/1/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

515 RUSK AVENUE, ROOM 11521
HOUSTON, TX 77002-2605

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | The Methodist Hospital, Houston, Texas (d/b/a Houston Methodist) |
| 2. Senior Chair of TMH Board, director ex officio w/vote | Methodist Health Centers; Houston Methodist Hospital Foundation, Houston Methodist Academic Institute; and TMH Health Care Group. |
| 3. Trustee | Trust No. 2 |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WERLEIN, JR., EWING** | 07/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WERLEIN, JR., EWING** | 07/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end<br>of reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>mm/dd/yy | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Halliburton com. | A | Dividend | K | T | | | | | |
| 2. Halliburton com. | A | Dividend | K | T | | | | | |
| 3. BP PLC, ADR | B | Dividend | K | T | | | | | |
| 4. Exxon Mobil com. | E | Dividend | M | T | Sold (part) | 11/23/20 | L | | |
| 5. | | | | | Buy (add'l) | 12/28/20 | K | | |
| 6. Wal-Mart Stores com. | A | Dividend | L | T | | | | | |
| 7. Exxon-Mobil com. | C | Dividend | L | T | | | | | |
| 8. Johnson & Johnson, com. | D | Dividend | O | T | | | | | |
| 9. Conoco Phillips, com. | C | Dividend | L | T | | | | | |
| 10. Texas Capital Bankshares, com. | | None | N | T | | | | | |
| 11. AT&T, com. | C | Dividend | K | T | | | | | |
| 12. Bristol-Myers Squibb, com. | A | Dividend | K | T | | | | | |
| 13. Berkshire Hathaway CL B com. | | None | M | T | | | | | |
| 14. Cisco Systems, com. | A | Dividend | J | T | | | | | |
| 15. Comcast Corp. Class A | A | Dividend | K | T | | | | | |
| 16. HP, Inc. com | A | Dividend | J | T | | | | | |
| 17. Hewlett Packard Enterprise Co., com. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp., com. | B | Dividend | L | T | | | | | |
| 19. IBM, com. | B | Dividend | K | T | | | | | |
| 20. JP Morgan Chase, com. | B | Dividend | K | T | | | | | |
| 21. Pepsico, Inc., com. | B | Dividend | M | T | | | | | |
| 22. Target Corp., com. | B | Dividend | M | T | | | | | |
| 23. Sector SPDR Financial, com. | B | Dividend | L | T | | | | | |
| 24. Phillips 66, com. | C | Dividend | K | T | | | | | |
| 25. Enterprise Prdts Prtn., LP | B | Distribution | K | T | | | | | |
| 26. Kinder Morgan, com. | B | Dividend | K | T | | | | | |
| 27. Consumer Discretionary SPDR, com. | A | Dividend | L | T | | | | | |
| 28. EPR Properties, com. | A | Dividend | J | T | | | | | |
| 29. Bank of America, com. | A | Dividend | K | T | | | | | |
| 30. Occidental Pet. Corp., com. | A | Dividend | | | Sold | 12/29/20 | J | | |
| 31. MUTUAL FUNDS: (H) | | | | | | | | | |
| 32. Fidelity MM Fund | A | Dividend | J | T | | | | | |
| 33. Fidelity Low Price Stock | G | Dividend | P1 | T | | | | | |
| 34. Fidelity Contrafund | G | Dividend | P1 | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Fidelity Mid-Cap Stock | F | Dividend | O | T | | | | | |
| 36. FMI Large Cap Fund | | None | | | Sold | 04/20/20 | K | D | |
| 37. Harbor Capital Appreciation Fund | D | Dividend | L | T | | | | | |
| 38. Oakmark Global Sel Cl 1 Fund | | None | | | Sold | 04/20/20 | K | D | |
| 39. LPL: Ins'd bank cash dep. sweep | A | Interest | L | T | | | | | |
| 40. Western Asset Core Plus Bond | C | Dividend | L | T | Buy (add'l) | 09/25/20 | K | | |
| 41. Blackrock Nat'l Mun. Instl. Cl. | A | Dividend | | | Sold | 04/20/20 | K | | |
| 42. JP Morgan Large Cap Growth Sel. | D | Dividend | M | T | | | | | |
| 43. New Perspective Fund 2 | B | Dividend | L | T | | | | | |
| 44. Nuveen All American Mun. Bd. Cl 1 | B | Dividend | L | T | Buy (add'l) | 09/25/20 | J | | |
| 45. Invesco High Yield Mun. Cl. Y | B | Dividend | K | T | | | | | |
| 46. Eaton Vance Flt. Rt. Advntg. | B | Dividend | K | T | Buy (add'l) | 09/25/20 | J | | |
| 47. ISHS Russ 2000 Indx | A | Dividend | K | T | | | | | |
| 48. BNY Mellon Equity Income f/k/a Dreyfus | B | Dividend | L | T | | | | | |
| 49. Putnam Short Duration Income CLY | A | Dividend | | | Sold | 11/10/20 | K | A | |
| 50. Touchstone Mid Cap CLY | A | Dividend | K | T | | | | | |
| 51. Fidelity OTC Port. Fund | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Voya Strategic Income Opptys CLI IISIX | B | Dividend | L | T | Buy<br>(add'l) | 09/25/20 | J | | |
| 53. Federated Hermes Ultrashort Bond Inst'l Cl | A | Dividend | K | T | Buy | 11/10/20 | K | | |
| 54. Ark Innovation ETF ARKK | A | Dividend | K | T | Buy | 12/04/20 | K | | |
| 55. BONDS and U.S. TREASURY NOTES: (H) | | | | | | | | | |
| 56. Univ Tex Perm Univ FD RFDG Ser. B | B | Interest | | | Redeemed | 07/02/20 | K | A | |
| 57. ACCOUNTS IN FINANCIAL INST: (H) | | | | | | | | | |
| 58. Bank of America, Houston, TX (Accounts) | A | Interest | N | T | | | | | |
| 59. Comerica Bank, Houston, TX (Accounts) | B | Interest | N | T | | | | | |
| 60. Allegiance Bank, Houston (Accounts) | B | Interest | M | T | | | | | |
| 61. Zions Bancorp. (Amegy) fka ZB Nat'l Assoc<br>Amegy | A | Interest | M | T | | | | | |
| 62. Allegiance Bank, Houston (Accounts) | C | Interest | M | T | | | | | |
| 63. JP Morgan Secs. Bank dep. program | A | Interest | K | T | | | | | |
| 64. REAL ESTATE: (H) | | | | | | | | | |
| 65. Condo-Larimer County, CO | E | Rent | N | W | | | | | |
| 66. Working Interest-Cabot U., Andrews<br>County, TX | B | Royalty | J | W | | | | | |
| 67. Mineral Interest, Wheeler County, TX | A | Royalty | J | W | | | | | |
| 68. Mineral Interests, Martin and Dawson<br>Counties, TX | E | Royalty | L | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WERLEIN, JR., EWING** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | Mineral Interest, Glasscock County, TX | B | Royalty | J | W | | | | | |
| 70. | Fractional int. in real property, Kerr County, TX | A | Rent | N | W | | | | | |
| 71. | Mineral Interests, Howard County, TX | F | Royalty | M | W | | | | | |
| 72. | Mineral Interests, Howard County, TX | A | Rent | J | W | | | | | |
| 73. | RETIREMENT & IRA ACCOUNTS: (H) | | | | | | | | | |
| 74. | IRA Acct: John Hancock Ind. Ret.Annuity (Fixed) | | None | K | V | Distributed (part) | 12/31/20 | J | A | See Note (1) in Part VIII |
| 75. | IRA ROLLOVER ACCOUNT: (H) | | | | | | | | | |
| 76. | --Citibank FDIC Ins. Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 77. | --Berkshire Hathaway CL B | | None | M | T | | | | | |
| 78. | --Home Depot, com. | D | Dividend | N | T | Sold (part) | 01/02/20 | K | E | |
| 79. | | | | | | Sold (part) | 09/02/20 | K | E | |
| 80. | --Microsoft, com. | B | Dividend | M | T | Sold (part) | 01/02/20 | K | E | |
| 81. | | | | | | Sold (part) | 09/02/20 | K | E | |
| 82. | --Stryker Corp., com. | B | Dividend | M | T | Sold (part) | 01/02/20 | K | E | |
| 83. | --Thermo Fish. Sc., com. | A | Dividend | M | T | Sold (part) | 01/02/20 | K | E | |
| 84. | | | | | | Sold (part) | 09/02/20 | K | E | |
| 85. | --Fidelity Low Priced Stock | F | Dividend | O | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Fidelity OTC Port | E | Dividend | O | T | Sold (part) | 09/02/20 | L | F | |
| 87. --Fidelity 500 Index | D | Dividend | O | T | | | | | |
| 88. --Fidelity Select Medical Equip & System | D | Dividend | M | T | | | | | |
| 89. --Fidelity Select Software & IT | D | Dividend | M | T | | | | | |
| 90. --BNY Mellon FDIC Ins. Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 91. --Fidelity Contrafund | D | Dividend | M | T | | | | | |
| 92. --CIBC Bank USA Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 93. --Huntington Bank Deposit Sweep | A | Interest | K | T | | | | | |
| 94. --Peoples Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 95. --U.S. Bank Deposit Sweep | A | Interest | M | T | | | | | |
| 96. --Associated Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 97. --Fidelity Invest. Grade Bond Fund | A | Dividend | M | T | Buy | 10/14/20 | L | | |
| 98. --Fidelity U.S. Bond Index Fund | A | Dividend | M | T | Buy | 10/14/20 | L | | |
| 99. IRA ROLLOVER ACCT NO. 2: (H) | | | | | | | | | |
| 100. CORPORATE BONDS/NOTES IN IRA ROLLOVER ACCT #2: (H) | | | | | | | | | |
| 101. --AT&T Bonds due 06/30/20 | B | Interest | | | Redeemed | 06/01/20 | L | | |
| 102. --JP Morgan Chase Notes due 10/29/20 | B | Interest | | | Redeemed | 09/29/20 | L | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WERLEIN, JR., EWING** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  --Pepsico Notes due 10/06/21 | B | Interest | M | T | | | | | |
| 104.  --Wells Fargo Notes due 07/26/21 | B | Interest | M | T | | | | | |
| 105.  --Amer Express Notes due 12/02/22 | C | Interest | M | T | | | | | |
| 106.  --Philip Morris Internat'l Notes due 11/2/22 | B | Interest | M | T | | | | | |
| 107.  --McDonald's Notes due 4/1/2023 | C | Interest | M | T | | | | | |
| 108.  --State Street Notes due 5/15/23 | C | Interest | M | T | | | | | |
| 109.  --Morgan Stanley Notes due 10/23/24 | C | Interest | M | T | | | | | |
| 110.  --Verizon Communications Notes due 11/1/24 | C | Interest | M | T | | | | | |
| 111.  --AT&T Notes due 05/15/25 | B | Interest | M | T | Buy | 06/01/20 | M | | |
| 112.  --JP Morgan Notes due 10/01/26 | | None | M | T | Buy | 09/29/20 | M | | |
| 113.  EQUITIES IN IRA ROLLOVER ACCT #2:<br>(H) | | | | | | | | | |
| 114.  --American Express, com. | A | Dividend | K | T | | | | | |
| 115.  --Chevron, com. (fka Chevron Texaco) | D | Dividend | M | T | | | | | |
| 116.  --KO, com. | C | Dividend | M | T | | | | | |
| 117.  --Exxon Mobil, com. | D | Dividend | M | T | | | | | |
| 118.  --J.P. Morgan Chase, com. | C | Dividend | M | T | | | | | |
| 119.  --JNJ, com. | B | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  --Merck, com. | A | Dividend | K | T | | | | | |
| 121.  --PEP, com. | B | Dividend | L | T | | | | | |
| 122.  --S&P Global, com. | A | Dividend | L | T | | | | | |
| 123.  --Altria Group, com. | D | Dividend | L | T | | | | | |
| 124.  --Automatic Data Proc., com. | B | Dividend | L | T | | | | | |
| 125.  --Occidental Pete Corp. Cal., com. | A | Dividend | | | Sold | 05/08/20 | J | | |
| 126.  --Linde, PLC, com. | B | Dividend | L | T | | | | | |
| 127.  --Procter & Gamble., com. | B | Dividend | L | T | | | | | |
| 128.  --Raytheon Technologies f/k/a United Technologies, com. | A | Dividend | K | T | Distributed (part) | 04/03/20 | J | | spinoff (see line 153) |
| 129. | | | | | Distributed (part) | 04/03/20 | J | | spinoff (see line 154) |
| 130.  --Texas Instruments, com. | C | Dividend | M | T | | | | | |
| 131.  --Abbott Labs, com. | B | Dividend | L | T | | | | | |
| 132.  --McDonald's, com. | B | Dividend | L | T | | | | | |
| 133.  --Philip Morris Intl, com. | D | Dividend | M | T | | | | | |
| 134.  --Total SA., com. | B | Dividend | K | T | | | | | |
| 135.  --Nestle Sponsored ADR, com. | A | Dividend | K | T | | | | | |
| 136.  --Roche Holdings Ltd. Spon. ADR, com. | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  --Walt Disney Co., com. | A | Dividend | L | T | | | | | |
| 138.  --Air Products & Chems., com. | B | Dividend | L | T | | | | | |
| 139.  --Black Rock, com. | B | Dividend | L | T | | | | | |
| 140.  --Novo Nordisk AS ADR, com. | A | Dividend | L | T | | | | | |
| 141.  --Abbvie Inc., com. | C | Dividend | L | T | | | | | |
| 142.  --Canadian Pac Ry Ltd., com. | A | Dividend | K | T | | | | | |
| 143.  --Novartis AG Spon. ADR, com. | A | Dividend | K | T | | | | | |
| 144.  --Diageo PLC Spon. ADR New, com. | A | Dividend | K | T | | | | | |
| 145.  --Chubb Ltd., com | A | Dividend | K | T | | | | | |
| 146.  --Intercontinental Exchange Group, com. | A | Dividend | L | T | | | | | |
| 147.  --VISA, com. | A | Dividend | L | T | | | | | |
| 148.  --Intuitive Surgical, com. | | None | L | T | | | | | |
| 149.  --Microsoft, com. | B | Dividend | M | T | | | | | |
| 150.  --Union Pac., com. | A | Dividend | K | T | | | | | |
| 151.  --Alcon Inc., com. | A | Dividend | J | T | | | | | |
| 152.  --United Health Group, com. | B | Dividend | L | T | | | | | |
| 153.  --Carrier Global, com. | A | Dividend | J | T | Spinoff<br>(from line 128) | 04/03/20 | J | | from UTX, line 128 |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  --Otis Worldwide, com. | A | Dividend | J | T | Spinoff<br>(from line 129) | 04/03/20 | J | | from UTX, line 129 |
| 155.  CASH ACCOUNTS IN IRA ROLLOVER ACCT NO. 2: (H) | | | | | | | | | |
| 156.  --Raymond James Ins'd Bank Dep Program | A | Interest | L | T | | | | | |
| 157.  IRA ROLLOVER NO. 3: (H) | | | | | | | | | |
| 158.  --Lord Abbett Short Fund | E | Dividend | O | T | | | | | |
| 159.  --IShares Barclays TIPS BO | B | Dividend | M | T | | | | | |
| 160.  --Invesco Oppenheimer Senior Floating Rate | C | Dividend | L | T | | | | | |
| 161.  --AT&T Inc., com. | D | Dividend | L | T | | | | | |
| 162.  --Bristol Meyers, com. | | None | L | T | Buy | 12/28/20 | L | | |
| 163.  --Caterpillar, com. | | None | L | T | Buy | 12/28/20 | L | | |
| 164.  --Coca Cola, com. | | None | L | T | Buy | 12/28/20 | L | | |
| 165.  --McDonald's, com. | | None | L | T | Buy | 12/28/20 | L | | |
| 166.  --Wal-Mart, Inc., com. | | None | L | T | Buy | 12/28/20 | L | | |
| 167.  --JP Morgan Deposit Sweep Acct. | A | Interest | K | T | | | | | |
| 168.  --JP Morgan 100% Treas. Sec. MM Fd. | A | Dividend | J | T | | | | | |
| 169.  --U.S. Treasury Bills (due 4/2/20) | | | | | Redeemed | 04/02/20 | N | | |
| 170.  --U.S. Treasury Bills (due 11/27/20) | | | | | Buy | 06/01/20 | N | | |

| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WERLEIN, JR., EWING** | 07/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Redeemed | 11/27/20 | N | | |
| 172.  TRUST NO. 2: (H) | | | | | | | | | |
| 173.  --Fidelity MM | A | Dividend | M | T | | | | | |
| 174.  --Fidelity Low Price Stock | F | Dividend | O | T | | | | | |
| 175.  --Fidelity OTC Portfolio Fund | E | Dividend | O | T | | | | | |
| 176.  --Fidelity MSCI Consumer ETF | A | Dividend | L | T | | | | | |
| 177.  --Fidelity 500 Index Fund | C | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **WERLEIN, JR., EWING** | 07/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

(1) Part VII, page 8, line 74: The year-end value of IRA account in John Hancock Ind. Retirement Annuity, which is not publicly traded, was provided by John Hancock Life Ins. Co.

| Name of Person Reporting | Date of Report |
|---|---|
| WERLEIN, JR., EWING | 07/19/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ EWING WERLEIN, JR.**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544